**Fill in this information to identify the case:**

Debtor 1    Odette Oliver Cyrus

Debtor 2

United States Bankruptcy Court for the: Eastern - NY

Case number :    1-21-42082-nhl

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **Pentex Holdings, LLC** | **Court claim no.** (if known): | **10** |

**Last 4 digits** of any number you use to identify the debtor's account:    **5072**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

**Part 1:**    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 10/20/2021 | $600.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 08/20/2021 | $350.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  <u>Odette Oliver Cyrus</u>             Case Number: <u>1-21-42082-nhl</u>
          First Name  Middle Name  Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Julian Cotton</u>                                            Date  <u>1/4/2022</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___4th___ day of January, 2022.

/S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 1-21-42082-nhl)**

Debtor
Odette Oliver Cyrus
216-22 102nd Ave.
Queens Village, NY 11429

Attorney
Cooper J Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749

Trustee
Krista M Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

US Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**McCalla Raymer Leibert Pierce, LLC**

1544 OLD ALABAMA RD

ROSWELL, GA 30076

Phone No: (770) 643-7200

Fax No: (770) 643-4062

**Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE**

| | | | |
|---|---|---|---|
| Fay Servicing LLC | | Invoice #: | |
| Michael A. Wojcik | | Invoice Status: | Check Confirmed |
| 939 W. North Ave. | | Input By: | Timothy Ippoliti |
| Chicago, IL 60642 | | Date Submitted: | 8/23/2021 |
| Re: | OLIVER ODETTE | Invoice Date: | 8/20/2021 |
| | 216-22 102ND AVE | Vendor Ref #: | |
| | QUEENS VILLAGE, NY | Vendor Code: | MRPCNC |
| | 11429 0000 | | |
| Loan #: | | | |
| Loan Type: | Conventional | Payee Code: | ATGAMCCALL |
| Inv. ID / Cat. ID: | | Type: | Non Judicial |
| Cost Center: | | Referral Date | 8/17/2021 |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $367,500.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | L | | |
| BK Case No: | 21-42082 | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/23/2021 | | | | 8/23/2021 | 8/23/2021 | 8/24/2021 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | N | 08/20/2021 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| **Note: Plan Review (Recoverable)** | | | | | | | | |
| | | | | | | $350.00 | $0.00 | $350.00 |
| **Total:** | | | | | | $350.00 | $0.00 | $350.00 |

**Invoice Level Exceptions**
<span style="color:red">None</span>

**Invoice Level Comment**
.

**Execution Date Time: 12/29/2021 05:33:56 PM**                                                                **Pages: 1/ 2**

**McCalla Raymer Leibert Pierce, LLC**

1544 OLD ALABAMA RD

ROSWELL, GA 30076

Phone No: (770) 643-7200

Fax No: (770) 643-4062

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | |
|---|---|---|
| Fay Servicing LLC | Invoice #: | |
| Michael A. Wojcik | Invoice Status: | Check Confirmed |
| 939 W. North Ave. | Input By: | Tracey Hawthorne |
| Chicago, IL 60642 | Date Submitted: | 10/21/2021 |
| Re: OLIVER ODETTE | Invoice Date: | 10/20/2021 |
| 216-22 102ND AVE | Vendor Ref #: | |
| QUEENS VILLAGE, NY 11429 0000 | Vendor Code: | MRPCNC |
| Loan #: | Payee Code: | ATGAMCCALL |
| Loan Type: Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | Referral Date | 9/24/2021 |
| Cost Center: | | |
| CONV Case No: | Acquisition Date: | |
| GSE Code: O | Paid in Full Date: | N/A |
| GSE REO Rem. Code: | Foreclosure Removal | N/A |
| | HiType | 1 |
| Original Mortgage Amount: $367,500.00 | Class Code | |
| Litigation Status Code: | | |
| Man Code: L | | |
| BK Case No: 21-42082 | | |
| BK Chapter: 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/21/2021 | | | | 10/21/2021 | 10/21/2021 | 10/22/2021 |

| Fee Description(s) | W/H Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | N | 10/20/2021 | 1 | $600.00 | $600.00 | $0.00 | $600.00 |

**Note: PROOF OF CLAIM (RECOVERABLE)**

| | | | |
|---|---|---|---|
| | $600.00 | $0.00 | $600.00 |

| **Total:** | $600.00 | $0.00 | $600.00 |
|---|---|---|---|

**Invoice Level Exceptions**
None

**Invoice Level Comment**
None

Execution Date Time: 12/29/2021 05:33:56 PM          Pages: 1/ 2